# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Holly Bundock, | No. CV-13-610-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| GC Services LP, et al., | |
| Defendants. | |

Pursuant to the foregoing Stipulation for Dismissal with Prejudice (Doc. 29) and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 15th day of November, 2013.

Raner C. Collins
Chief United States District Judge